FILED

UNITED STATES DISTRICT COURT

'03 OCT 24 A 10:30

DISTRICT OF CONNECTICUT

DISTRICT COURT
HARTFORD CT

| | | |
|---|---|---|
| THOMAS SANDERS<br>          Plaintiff | : | CIVIL ACTION NO:<br>~~3:98CV01934 (CFD)~~<br>3:00CV740 (CFD) |
| vs. | : | |
| PHILIP LaFLEUR, ET AL<br>          Defendants | : | OCTOBER 23, 2003 |

### DEFENDANT PHILIP LAFLEUR'S PROPOSED VOIR DIRE QUESTIONS

The defendant, Philip LaFleur, hereby submits the following proposed voir dire questions:

1. Have any of you previously served as a juror, either in state or federal court? If so, where and when did you serve and did the case involve a civil or criminal matter?

2. Are you or a member of your family or friends familiar with or related to any of the attorneys, parties or proposed witnesses?

3. Do you have any particular feelings concerning the defendant or correctional officers in general that would effect your ability to be fair and impartial in this case?

4. Have you or anyone in your family ever been arrested?

5. Have you, members of your family or friends ever made a claim concerning the actions of a law enforcement official?

6. Have you or anyone in your family ever been a party to a lawsuit or made a claim for money damages? If so, state the nature of the claim and your involvement.

7. Have you or anyone in your family ever filed a claim against any federal, state or local government?

8. Are there any among you who thinks that just because someone brings an action or a lawsuit that such person is entitled to be awarded money damages without first proving that the defendants are liable under the law?

9. Do any of you feel that you are inclined to lean towards any party or be sympathetic towards the position of any party?

10. Do any of you have knowledge of this lawsuit or any other lawsuit involving Department of Corrections officers?

11. Have you, anyone in your family or friends ever been treated by a mental health professional?

12. Do any of you feel that you could not fairly decide this case?

<pre>
                              DEFENDANT,
                              PHILIP LaFLEUR


                         By: _____
                             Stephen F. McEleney
                             His Attorney
                             McEleney & McGrail
                             363 Main Street
                             Hartford, CT 06106
                             Federal Bar No: Ct 04073
                             Telephone No: (860) 249-1400
                             Facsimile No: (860) 549-5865
                             E-mail: stephen@mceleneylaw.com
</pre>

## CERTIFICATION

I certify that a copy of the foregoing was sent via first class U.S. mail to the following counsel of record this 23 day of October, 2003:

Diane Polan, Esq.
129 Church Street, Suite 802
New Haven, CT 06510

Terrence O' Neill, Esq.
Assistant Attorney General
110 Sherman Street
Hartford, CT 06106

_____
Stephen F. McEleney