UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS SANDERS,<br>    *Plaintiff*, | DOCKET NO.<br>~~3:98CV01034(CFD)~~<br>3:00CV740 (CFD) |
| VS. | |
| PHILIP LaFLEUR, GERALD HINES,<br>MICHAEL GLOVER AND JOHN<br>ARMSTRONG,<br>    *Defendants*. | SEPTEMBER 22, 2003 |

### PLAINTIFF'S MOTION FOR DEFAULT



Denied. So ordered. /s/ DJS  12/9/03

The plaintiff, THOMAS SANDERS, respectfully moves this Court to enter a **default** against defendant Philip LaFleur for failure to comply with the Court's orders with respect to submission of a Joint Trial Memorandum.

In support of this Motion, plaintiff represents as follows:

1. The Joint Trial Memorandum was due on or about September 2, 2003. (The most recent extension of time expired on August 31, 2003 which was a Sunday, followed by Labor Day, September 1st, Monday.)

2. On August 28, 2003, I sent an e-mail to Assistant Attorney General Terrence O'Neill, who represents defendants Hines and Glover, and to Attorney Stephen McEleney, who represents defendant LaFleur, requesting their

1