FILED

2003 DEC 19 A 7:42

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS SANDERS,<br>    *Plaintiff*, | :<br>:   DOCKET NO.<br>:   3:98CV01934(CFD) |
| VS. | : |
| PHILIP LaFLEUR, GERALD HINES,<br>MICHAEL GLOVER AND JOHN<br>ARMSTRONG,<br>    *Defendants*. | :<br>:<br>:<br>:   DECEMBER 17, 2003 |

**PLAINTIFF'S MOTION FOR CONTINUANCE OF JURY SELECTION AND TRIAL AND REFERRAL TO MAGISTRATE JUDGE FOR TRIAL**

The plaintiff, THOMAS SANDERS, through his undersigned attorney, hereby mvoes moves this Court to continue the jury selection now scheduled for January 9, 2004 and to refer this matter to a United States Magistrate Judge for trial.

In support of this Motion, plaintiff represents as follows:

1. This is a civil rights action brought against various current and former Department of Correction officials.

2. The plaintiff has been incarcerated as a result of a Connecticut State Court conviction during the pendency of this action.

1

3. Plaintiff's counsel has been a sole practitioner since August, 1999. (Counsel recently hired an associate to practice family law in the Connecticut state court.)

4. Counsel for the plaintiff has been continuously on trial in the Connecticut State Court since October 27, 2003.

5. On October 27th, she commenced a civil trial in the matter of <u>McKiernan vs. Amento</u>, Docket No. CV-01-0453718S. That trial concluded with a jury verdict on November 10, 2003.

6. On November 12, 2003, counsel commenced a criminal matter entitled <u>State vs. Van McKenzie-Adams</u>, Docket No. CR02-4040, et als., in the Connecticut State Court.

7. Counsel for plaintiff Sanders has been on trial in the <u>McKenzie-Adams</u> matter since November 12, 2003. Evidence is currently being presented in that case. Counsel anticipates that case will not go to the jury until close to Christmas.

8. Undersigned counsel for plaintiff Sanders also has a scheduled out-of-state family vacation in California between December 25th and January 5, 2004.

2

9. Counsel for plaintiff Sanders also has a number of trials scheduled in January, including the continuation of a trial at the Connecticut Medical Examining Board on January 16 and January 23, 2004; and a trial in a State civil matter the week of January 26, 2004.

10. Given plaintiff's counsel's trial schedule for the past two months and scheduled family vacation, it would be virtually impossible for plaintiff's counsel to properly prepare this case for jury selection and trial during the month of January, 2004.

11. Plaintiff's counsel is seeking a continuance until the February, 2004 Jury Selection Calendar.

12. Alternatively, plaintiff's counsel seeks a referral to a United States Magistrate Judge for trial.

13. All parties agreed to a trial before a Magistrate Judge when the Trial Preparation Order was filed in September, 2003.

14. Counsel for the plaintiff has contacted counsel for the defendants', Assistant Attorney General Terrence O'Neil and Attorney Stephen McEleney, who both consent to the requested extension of time and referral to a Magistrate Judge.

15. This is the first request for an extension of time of Jury Selection.

3

16.  There is good cause for granting this motion.

THE PLAINTIFF, THOMAS SANDERS

BY: _____
DIANE POLAN
Federal Bar No. ct00223
129 Church Street, Suite 802
New Haven, CT 06510
Telephone: 203-865-5000
Facsimile: 203-865-2177
His Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via first class mail, postage prepaid, this __17th__ day of December, 2003, to the following parties and counsel of record:

Terry O'Neill, Esquire
Assistant Attorney General
110 Sherman Street
Hartford, CT  06106

Stephen McEleney, Esquire
363 Main Street
Hartford, CT  06106

_____
DIANE POLAN

4