FILED

2003 DEC 19  A 7 42

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

THOMAS SANDERS,                          :
    Plaintiff,                               :        DOCKET NO.
                                             :        3:98CV01934(CFD)
VS.                                      :        00 CV 740
                                             :
PHILIP LaFLEUR, GERALD HINES,            :
MICHAEL GLOVER AND JOHN                  :
ARMSTRONG,                               :
    Defendants.                              :        DECEMBER 17, 2003

## PLAINTIFF'S MOTION FOR CONTINUANCE OF JURY SELECTION AND TRIAL AND REFERRAL TO MAGISTRATE JUDGE FOR TRIAL

The plaintiff, THOMAS SANDERS, through his undersigned attorney, hereby

mvoes moves this Court to continue the jury selection now scheduled for January 9,

2004 and to refer this matter to a United States Magistrate Judge for trial.

In support of this Motion, plaintiff represents as follows:

1.    This is a civil rights action brought against various current and former

Department of Correction officials.

2.    The plaintiff has been incarcerated as a result of a Connecticut State

Court conviction during the pendency of this action.

1