UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS SANDERS | : | CIVIL ACTION NO: |
| Plaintiff | : | 3:00CV00740 (CFD) |
| | : | |
| v. | : | |
| | : | |
| PHILIP LaFLEUR, GERALD HINES, | : | |
| MICHAEL GLOVER AND JOHN | : | |
| ARMSTRONG | : | December 22, 2003 |
| Defendants | : | |

## MOTION FOR CONTINUANCE OF TRIAL READINESS
## AND SCHEDULING CONFERENCE

1) On December 15, 2003, the undersigned received the court's order scheduling an appearance on January 9, 2004 at 11:00 a.m. to discuss trial readiness and other pretrial issues.

2) For some months the undersigned has been scheduled to commence trial on January 8, 2004 in the matter of <u>Cortes-Barrios, et al v. Penn</u> which trial would undoubtedly carry over into January 9, 2004.

3) Although there is reasonable likelihood that the aforementioned <u>Cortes-Barrios, et al v. Penn</u> case may settle prior to the trial date, there is no guarantee this will occur. In the event the case does not settle, the Superior Court expects the undersigned to commence trial as aforesaid.

4) Presuming the aforesaid trial does go forward, it will last no longer than through January 10, 2004.

5) The undersigned has consented to the request for a continuance to February 2004 by plaintiff's counsel.

6) It is presumed neither the plaintiff nor the co-defendant would have an objection to postponement given plaintiff's counsel request dated December 17, 2003 for a postponement to February 2004 with co-defendant's consent.

WHEREFORE, defendant, LaFleur, for the foregoing reasons request a continuance until after January 10, 2004 without objection to plaintiff's request for February 2004.

DEFENDANT
PHILIP LaFLEUR

By: _____
Stephen F. McEleney
His Attorney
McEleney & McGrail
363 Main Street
Hartford, CT 06106
Federal Bar No: Ct 04073
Telephone No: (860) 249-1400
Facsimile No: (860) 549-5865
E-mail: stephen@mceleneylaw.com

## CERTIFICATION

    This is to certify that a copy of the foregoing has been sent via first class U.S. mail, postage prepaid to the following counsel of record this 22 day of December, 2003:

Diane Polan, Esq.
129 Church Street, Suite 802
New Haven, CT 06510

Terrence O' Neill, Esq.
Attorney Margaret Chapple
Assistant Attorney General
110 Sherman Street
Hartford, CT 06106

                                                                                 Stephen F. McEleney