UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS SANDERS<br>*Plaintiff* | : | CIVIL ACTION NO.<br>Docket No. 3:00CV740 (CFD) |
| v. | : | |
| PHILIP LAFLEUR, ET AL.,<br>*Defendants* | : | December 24, 2003 |

FILED
2003 DEC 29 P
U.S. DISTRICT COURT
HARTFORD, CT.

## APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please enter my appearance on behalf of defendants Gerald Hines and Michael Glover, in their individual and official capacities.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Terrence M. O'Neill
Assistant Attorney General
Federal Bar No. 10835
110 Sherman Street
Hartford, CT 06105
Tel: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 24th day of December, 2003, first class postage prepaid to:

Stephen F. McEleney
Gerald Davino II
McEleney & McGrail
363 Main Street
Hartford, CT 06106

Diane Polan
Law Offices of Diane Polan
129 Church Street
New Haven, CT 06510

Terrence M. O'Neill
Assistant Attorney General