TOTAL TIME: ___ hours **5** minutes        DEPUTY CLERK _Dero_        RPTR-ERO/TAPE _Droney Marshall_

DATE _1-9-04_        START TIME _11:45_        END TIME _11:50_
LUNCH RECESS FROM ___ TO ___
RECESS FROM ___ TO ___ (if more than 1/2 hour)

_Sanders_                    CIVIL NO. _3:00 CV 740 CFD_        _Polan_
                                § § §                              Plaintiff's Counsel
vs.                           § § §       ☐ SEE ATTACHED CALENDAR FOR COUNSEL
_Lafleur_                                                    _Davino_
                                                          Defendants Counsel

### CIVIL JURY SELECTION/CALENDAR CALL

☒ (call./h) Call of the Calendar held    ☐ (call./set) Call of the Calendar over to ___
☐ (jyselect./h) Jury Selection held   ☐ Jury Selection continued until ___

_#_ Motion _____  ☐ granted ☐ denied ☐ advisement
_#_ Motion _____  ☐ granted ☐ denied ☐ advisement
_#_ Motion _____  ☐ granted ☐ denied ☐ advisement
_#_ Motion _____  ☐ granted ☐ denied ☐ advisement

☐ filed ☐ docketed
☐ filed ☐ docketed
☐ filed ☐ docketed
☐ filed ☐ docketed

____ # jurors present
____ # jurors absent
Voir Dire oath administered by Clerk ☐ previously administered by Clerk
Voir Dire by Court
____ jurors excused (See attached)
Panel of ____ drawn (See attached)
Peremptory challenges exercised (See attached)
Jury of ____ drawn (See attached) ☐ and sworn ☐ Jury Trial commences
Remaining jurors excused
Discovery deadline set for ___
Disposition Motions due ___
Joint trial memorandum due ___
Trial continued until ___ at ___

☐ COPY TO: JURY CLERK