UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS SANDERS<br>    Plaintiff | CIVIL ACTION NO:<br>3:00CV00740 (CFD) |
| v. | |
| PHILIP LaFLEUR, GERALD HINES,<br>MICHAEL GLOVER AND JOHN<br>ARMSTRONG<br>    Defendants | December 22, 2003 |

## MOTION FOR CONTINUANCE OF TRIAL READINESS AND SCHEDULING CONFERENCE

1) On December 15, 2003, the undersigned received the court's order scheduling an appearance on January 9, 2004 at 11:00 a.m. to discuss trial readiness and other pretrial issues.

2) For some months the undersigned has been scheduled to commence trial on January 8, 2004 in the matter of <u>Cortes-Barrios, et al v. Penn</u> which trial would undoubtedly carry over into January 9, 2004.

3) Although there is reasonable likelihood that the aforementioned <u>Cortes-Barrios, et al v. Penn</u> case may settle prior to the trial date, there is no guarantee this will occur. In the event the case does not settle, the Superior Court expects the undersigned to commence trial as aforesaid.

*[Handwritten annotation in left margin: "Denied as moot. So ordered. /s/ USDJ 1/12/04"]*