FILED

## UNITED STATES DISTRICT COURT

2004 FEB 11  P 2: 05

### DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| **THOMAS SANDERS** | : | **CIVIL ACTION NO:** |
| Plaintiff | : | **3:00CV00740 (CFD)** |
| | : | |
| **v.** | : | |
| | : | |
| **PHILIP LaFLEUR, GERALD HINES,** | : | |
| **MICHAEL GLOVER AND JOHN** | : | |
| **ARMSTRONG** | : | **February 10, 2004** |
| Defendants | : | |

## MOTION FOR CONTINUANCE OF
## PRE-TRIAL CONFERENCE

1) On February 5, 2004, the undersigned received the court's order scheduling a pre-trial conference on February 25, 2004 at 2:00 p.m. to discuss trial readiness and other pretrial issues.

2) The undersigned has had a hearing scheduled before the State Board of Labor Relations on February 25, 2004 commencing at 1:30 p.m. since September 2003 and cannot obtain a postponement.

3) The undersigned has been the sole attorney handling the aforementioned hearing and therefore is required to see it through to conclusion. The undersigned is also trial counsel in the case before this court.

4) Neither the plaintiff, nor the co-defendant have objection to this postponement request based on voicemail messages from both.

5) The State Board of Labor Relations case is scheduled for hearing on February 11, 2004 and February 25, 2004, only.

WHEREFORE, defendant, LaFleur, for the foregoing reasons request a continuance of the pre-trial to another date.

DEFENDANT
PHILIP LAFLEUR

By: _____
Stephen F. McEleney
His Attorney
McEleney & McGrail
363 Main Street
Hartford, CT 06106
Federal Bar No: Ct 04073
Telephone No: (860) 249-1400
Facsimile No: (860) 549-5865
E-mail: stephen@mceleneylaw.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via first class U.S. mail, postage prepaid to the following counsel of record this 10th day of February, 2004:

Diane Polan, Esq.
129 Church Street, Suite 802
New Haven, CT 06510

Terrence O' Neill, Esq.
Attorney Margaret Chapple
Assistant Attorney General
110 Sherman Street
Hartford, CT 06106

_____
Stephen F. McEleney