UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS SANDERS<br>Plaintiff | : | CIVIL ACTION NO:<br>3:00CV00740 (CFD) |
| v. | : | |
| PHILIP LaFLEUR, GERALD HINES,<br>MICHAEL GLOVER AND JOHN<br>ARMSTRONG<br>Defendants | :<br>:<br>: | February 10, 2004 |

## MOTION FOR CONTINUANCE OF PRE-TRIAL CONFERENCE

1) On February 5, 2004, the undersigned received the court's order scheduling a pre-trial conference on February 25, 2004 at 2:00 p.m. to discuss trial readiness and other pretrial issues.

2) The undersigned has had a hearing scheduled before the State Board of Labor Relations on February 25, 2004 commencing at 1:30 p.m. since September 2003 and cannot obtain a postponement.

3) The undersigned has been the sole attorney handling the aforementioned hearing and therefore is required to see it through to conclusion. The undersigned is also trial counsel in the case before this court.

4) Neither the plaintiff, nor the co-defendant have objection to this postponement request based on voicemail messages from both.

*Denied as withdrawn - so ordered. [signature] 2/14/04*

*FILED 2004 FEB 12 P 4:58 U.S. DISTRICT COURT HARTFORD, CT.*