*OOCV 740 Motion*

The Clerk is directed to docket this copy as an original. The motion for continuance of pre-trial conference is GRANTED.
The Pre-Trial Conference is now scheduled for March 3, 2004 at 3:00 P.M.    SO ORDERED.

OOCV 740 Motion

Christopher F. Droney
United States District Judge
02/24/04

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

THOMAS SANDERS,
    *Plaintiff*,

VS.

PHILIP LaFLEUR, GERALD HINES,
MICHAEL GLOVER AND JOHN
ARMSTRONG,
    *Defendants*.

:
:
:
:
:
:
:
:
:
:

DOCKET NO.
3:00CV740(CFD)

FEBRUARY 22, 2004

### PLAINTIFF'S MOTION FOR CONTINUANCE OF PRE-TRIAL CONFERENCE

The plaintiff, THOMAS SANDERS, through his undersigned attorney,

respectfully moves this Court to reschedule the Pre-Trial Conference that is scheduled

for **February 25, 2004 at 2:00 p.m.**

In support of this Motion, plaintiff represents as follows:

1.    Jury selection is scheduled in this matter for March 17, 2004.

2.    The Court had previously scheduled a pre-trial conference for February

25, 2004 at 2:00 p.m.

3.    At one point, based on a request by counsel for defendant LaFleur, the

Court had rescheduled the pre-trial to February 17th at 4:00 p.m.

1

4.    At that time, the plaintiff objected to the rescheduling because his counsel was picking a jury in a state court criminal case and the evidence was scheduled to start on February 17th.

5.    Based on plaintiff's counsel's unavailability, the conference was re-set for the original date and time, i.e. February 25, 2004 at 2:00 p.m.

6.    At that time, counsel anticipated that her state court trial, in the matter of State of Connecticut vs. Eddie Rodriguez, Docket Nos. CR 02-4039 and CR 02-4994, would be concluded by February 23, 2004. That case is being tried by the Hon. Robert J. Devlin, Jr.

7.    However, the start of evidence in the Rodriguez trial was delayed because of a request for additional laboratory tests made by the State of Connecticut during jury selection.

8.    Evidence is now scheduled to begin on February 24th. The Court and the parties anticipate that the Rodriguez trial will take four or five days and should end by March 2, 2004.

9.    Counsel for the plaintiff respectfully requests that this pre-trial conference be rescheduled **immediately** after the conclusion of her state court criminal trial, i.e. after March 2, 2004.

10.    Counsel for the plaintiff has contacted the attorneys for the defendants who consent to the requested rescheduling.

11. There is good cause for granting this motion.

THE PLAINTIFF, THOMAS SANDERS

BY: _____
DIANE POLAN
Federal Bar No. ct00223
129 Church Street, Suite 802
New Haven, CT 06510
Telephone: 203-865-5000
Facsimile: 203-865-2177
His Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via first class mail,

postage prepaid, this 23d day of February, 2004, to the following parties and counsel of

record:

Terrence O'Neill, Esquire
Assistant Attorney General
110 Sherman Street
Hartford, CT 06106

Stephen McEleney, Esquire
363 Main Street
Hartford, CT 06106

_____
DIANE POLAN

3