*The Clerk is directed to docket this copy as an original. The motion for continuance of pre-trial conference is GRANTED. The Pre-Trial Conference is now scheduled for March 3, 2004 at 3:00 P.M. SO ORDERED.*

*Christopher F. Droney*
*United States District Judge*
*02/24/04*

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS SANDERS,<br>*Plaintiff,* | :<br>: DOCKET NO.<br>: 3:00CV740(CFD) |
| VS. | : |
| PHILIP LaFLEUR, GERALD HINES,<br>MICHAEL GLOVER AND JOHN<br>ARMSTRONG,<br>*Defendants.* | :<br>:<br>:<br>: FEBRUARY 22, 2004 |

### PLAINTIFF'S MOTION FOR CONTINUANCE OF PRE-TRIAL CONFERENCE

The plaintiff, THOMAS SANDERS, through his undersigned attorney, respectfully moves this Court to reschedule the Pre-Trial Conference that is scheduled for **February 25, 2004 at 2:00 p.m.**

In support of this Motion, plaintiff represents as follows:

1. Jury selection is scheduled in this matter for March 17, 2004.

2. The Court had previously scheduled a pre-trial conference for February 25, 2004 at 2:00 p.m.

3. At one point, based on a request by counsel for defendant LaFleur, the Court had rescheduled the pre-trial to February 17th at 4:00 p.m.

1