UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Pre-Trial Conference Calendar

Honorable Christopher F. Droney, U.S.D.J.
450 Main Street
Hartford
Chambers Room 108 - Annex

MARCH 3, 2004     *held*

3:00 P.M.     *30 minutes*

All counsel who will try the case shall attend the pre-trial conference.

Counsel shall be prepared to discuss and argue any evidentiary issues and/or any pre-trial motions.

Counsel shall be prepared to discuss all aspects of their joint trial memorandum, including their proposed voir dire, statement in lieu of opening statement, witness list and exhibits, and any proposed jury instructions.

To the extent possible, counsel shall bring exhibits to the pre-trial conference to mark them for identification.

CASE NO. **3-00-cv-740 (CFD)**     **SANDERS v LAFLEUR**

Karen Kirsten Buffkin
McEleney & McGrail
363 Main St.
Hartford, CT 06106

Margaret Quilter Chapple
Attorney General's Office
Employment Rights
55 Elm St., PO Box 120
Hartford, CT 06141-0120

Gerald V. Davino II
McEleney & McGrail
363 Main St.
Hartford, CT 06106

Stephen F. McEleney
McEleney & McGrail
363 Main St.
Hartford, CT 06106

Terrance M. O'Neill
Attorney General's Office
110 Sherman St.
Hartford, CT 06105

Diane Polan
129 Church St.
Suite 802
New Haven, CT 06510

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK