UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Pre-Trial Conference Calendar

Honorable Christopher F. Droney, U.S.D.J.
450 Main Street
Hartford
Chambers Room 108 - Annex

MARCH 3, 2004         *held*

3:00 P.M.         *30 minutes*

All counsel who will try the case shall attend the pre-trial conference.

Counsel shall be prepared to discuss and argue any evidentiary issues and/or any pre-trial motions.

Counsel shall be prepared to discuss all aspects of their joint trial memorandum, including their proposed voir dire, statement in lieu of opening statement, witness list and exhibits, and any proposed jury instructions.

To the extent possible, counsel shall bring exhibits to the pre-trial conference to mark them for identification.

CASE NO. **3-00-cv-740 (CFD)**    **SANDERS v LAFLEUR**

| | |
|---|---|
| Karen Kirsten Buffkin<br>McEleney & McGrail<br>363 Main St.<br>Hartford, CT 06106 | Margaret Quilter Chapple<br>Attorney General's Office<br>Employment Rights<br>55 Elm St., PO Box 120<br>Hartford, CT 06141-0120 |
| Gerald V. Davino II<br>McEleney & McGrail<br>363 Main St.<br>Hartford, CT 06106 | Stephen F. McEleney<br>McEleney & McGrail<br>363 Main St.<br>Hartford, CT 06106 |
| Terrance M. O'Neill<br>Attorney General's Office<br>110 Sherman St.<br>Hartford, CT 06105 | Diane Polan<br>129 Church St.<br>Suite 802<br>New Haven, CT 06510 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK