UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THOMAS SANDERS,
    Plaintiff,

v.                               Civil Action No. 3:00 CV 740 (CFD)

PHILIP LAFLEUR, GERALD HINES,
and MICHAEL GLOVER,
    Defendants.

FILED
2004 MAR 10 P 7 09
DISTRICT COURT
HARTFORD, CT.

## PRETRIAL ORDER

In accordance with Fed. R. Civ. P. 16, a pretrial conference with counsel for the parties in the above-captioned action was held on March 3, 2004. As a result of the pretrial conference, the Court issues this Pretrial Order.

    Plaintiff(s) counsel:    Diane Polan

    Defendant(s) counsel:    Terrance O'Neill
                                  Stephen McEleney
                                  Gerald Davino

1.     <u>Jury Selection</u>

        Jury selection will be held on **April 29, 2004**. The parties will be selecting **9** jurors.

        The parties must submit memos on the number of peremptory challenges requested by **March 18, 2004** at **5:00 p.m.** In addition, motions to bifurcate the trial must be submitted by **March 18, 2004** at **5:00 p.m.** Opposition papers are due by **March 23, 2004** at **5:00 p.m.** Argument will be held on **March 25, 2004** at **2:00 p.m.**

2.     <u>Opening Statement</u>

        The three parties will each be allowed 10 minutes for their opening statement at trial.

3.     <u>Evidentiary Issues</u>

        Any evidentiary issues that can be anticipated prior to trial will be identified, and motions in limine must be filed by **March 18, 2004** at **5:00 p.m.** Opposition papers are due by **March 23, 2004** at **5:00 p.m.** Argument on the motions in limine shall be held on **March 25, 2004** at **2:00 p.m.**

1

## **Sanders v. LaFleur, et al**, 00cv740
### Schedule

**March 18, 2004** –    (1)    Parties must submit by **5:00 p.m.**
                                (a) Requests for peremptory challenges
                                (b) Motion to bifurcate
                                (c) Motions in limine

**March 23, 2004** –    (1)    Parties must submit by **5:00 p.m.**
                                (a) Opposition Papers

**March 25, 2004** –    (1)    Argument on structure of trial and any evidentiary issues, including motions in limine, at **2:00 p.m.**

**April 29, 2004** –    (1)    Jury Selection at **10:00 a.m.**

4.   Objections

Any objections to this order shall be made in writing and filed with the Clerk's office within seven days of the issuance of this order.

IT IS SO ORDERED that this Pretrial Order may be modified by order of the Court only to prevent manifest injustice or for good cause shown.

Dated at Hartford, Connecticut, this 10th day of March 2004.

_____
**CHRISTOPHER F. DRONEY**
**UNITED STATES DISTRICT JUDGE**

2