FILED

2004 MAR 16  P 4:56

DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS SANDERS | : | CIVIL ACTION NO: |
| Plaintiff | : | 3:00CV00740 (CFD) |
| v. | : | |
| PHILIP LaFLEUR, GERALD HINES, MICHAEL GLOVER AND JOHN ARMSTRONG | : | MARCH 16, 2003 |
| Defendants | : | |

### MOTION FOR CONTINUANCE FOR PRETRIAL DEADLINES

1) On March 10, 2004 this court entered a pretrial order establishing the following dates:

   A) The parties to file memorandum on number of peremptory challenges, Motions in Limine regarding evidence and Motions to Bifurcate trial, with accompanying Memorandum by March 18, 2004 at 5:00 p.m.

   B) Opposition papers to the foregoing were to be filed by March 23, 2004 at 5:00 p.m.

   C) Arguments on pending motions were to be held on March 25, 2004 at 2:00 p.m.

2) Subsequent to said pretrial order the parties engaged in settlement discussions which, although not fruitful, have resulted in the court directing a status conference for the purpose of discussing settlement for March 23, 2004 at 11:00 a.m.

3) Of the three counsel involved for the parties in this action, the undersigned is in the worst position to determine the chances of settlement. However, plaintiff's counsel indicated to the undersigned this date that she is optimistic in regard to settlement. The undersigned also assumes the court scheduled a conference for March 23, 2004 on the theory the conference would be fruitful.

4) Based on a telephone conference this date with Plaintiff's counsel, it is the understanding of the undersigned that all parties desire to postpone the March 18, 2004 filing date for all motions given the settlement conference scheduled for March 23, 2004. Plaintiff's counsel represents that Attorney O'Neil is in favor of this motion.

5) The parties respectfully submit it is in the interest of judicial economy to postpone the dates for filing of the aforesaid motions and memorandum.

6) Counsel for the Plaintiff has suggested a postponement for filing to a date one week from the settlement conference, i.e., March 30, 2004.

7) The undersigned is agreement with that date. Attorney O'Neil could not be reached for comment on the particular date, but based on the conversation with Plaintiff's counsel, Attorney O'Neil was certainly in favor of a postponement.

8) Based on the foregoing, the undersigned proposes the following revised dates for pretrial order by the court:

    A) March 30, 2004 to file a memorandum on number of peremptory challenges, Motions in Limine regarding evidence and Motions to Bifurcate trial, with accompanying Memorandum;

    B)    April 6, 2004 to file opposition papers to the foregoing; and

    C)    Arguments on pending motions on a date and time to be scheduled by the court.

WHEREFORE, defendant, LaFleur, for the foregoing reasons request a continuance of the aforesaid motions to the dates stated above.

```
                              DEFENDANT
                              PHILIP LaFLEUR


                   By:        _____
                              Stephen F. McEleney
                              His Attorney
                              McEleney & McGrail
                              363 Main Street
                              Hartford, CT 06106
                              Federal Bar No: Ct 04073
                              Telephone No: (860) 249-1400
                              Facsimile No: (860) 549-5865
                              E-mail: stephen@mceleneylaw.com
```

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via first class U.S. mail, postage prepaid to the following counsel of record this 16th day of March, 2004:

Diane Polan, Esq.
129 Church Street, Suite 802
New Haven, CT 06510

Terrence O' Neill, Esq.
Attorney Margaret Chapple
Assistant Attorney General
110 Sherman Street
Hartford, CT 06106

Stephen F. McEleney