# 86

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR 16  P 4: 56
DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| THOMAS SANDERS : | CIVIL ACTION NO: |
|     Plaintiff : | 3:00CV00740 (CFD) *New* |
| : | |
| v. : | |
| : | |
| PHILIP LaFLEUR, GERALD HINES, : | |
| MICHAEL GLOVER AND JOHN : | |
| ARMSTRONG : | MARCH 16, 2003 |
|     Defendants : | |

## MOTION FOR CONTINUANCE FOR PRETRIAL DEADLINES

1) On March 10, 2004 this court entered a pretrial order establishing the following dates:

    A) The parties to file memorandum on number of peremptory challenges, Motions in Limine regarding evidence and Motions to Bifurcate trial, with accompanying Memorandum by March 18, 2004 at 5:00 p.m.

    B) Opposition papers to the foregoing were to be filed by March 23, 2004 at 5:00 p.m.

    C) Arguments on pending motions were to be held on March 25, 2004 at 2:00 p.m.

2) Subsequent to said pretrial order the parties engaged in settlement discussions which, although not fruitful, have resulted in the court directing a status conference for the purpose of discussing settlement for March 23, 2004 at 11:00 a.m.

*Granted. So ordered. 3/17/04*

FILED 2004 MAR 17  P 3: 40 U.S. DISTRICT COURT HARTFORD, CT