UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**Settlement Conference Calendar**

Honorable Christopher F. Droney, U.S.D.J.
450 Main Street
Hartford
Chambers Room 108 - Annex

**MARCH 23, 2004**

**11:00 A.M.**

*held*
*11:00 - 1:30*
*2 hrs 30mins*

CASE NO. **3-00-cv-740 (CFD)**    **SANDERS v LAFEUR**

| | |
|---|---|
| Karen Kirsten Buffkin<br>McEleney & McGrail<br>363 Main St.<br>Hartford, CT 06106 | Margaret Quilter Chapple<br>Attorney General's Office<br>Employment Rights<br>55 Elm St., PO Box 120<br>Hartford, CT 06141-0120 |
| Gerald V. Davino II<br>McEleney & McGrail<br>363 Main St.<br>Hartford, CT 06106 | Stephen F. McEleney<br>McEleney & McGrail<br>363 Main St.<br>Hartford, CT 06106 |
| Terrance M. O'Neill<br>Attorney General's Office<br>110 Sherman St.<br>Hartford, CT 06105 | Diane Polan<br>129 Church St.<br>Suite 802<br>New Haven, CT 06510 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK