UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS SANDERS | : | CIVIL NO. 3:00CV740 (CFD) |
| vii. | : | |
| PHILIP LAFLEUR, GERALD HINES, MICHAEL GLOVER AND JOHN ARMSTRONG, | : : : | MARCH 25, 2004 |

## STIPULATION OF DISMISSAL

      Pursuant to Fed.R.Civ.P. 41(a)(1), the parties hereby stipulate to the dismissal of this action, with prejudice and within an award of costs to either party.

| | |
|---|---|
| DEFENDANTS: GERALD HINES, MICHAEL GLOVER and THE STATE OF CONNECTICUT | PLAINTIFF: THOMAS SANDERS |

/s/_____
Terrence M. O'Neill
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct10835
Tel: (860) 808-5450

/s/_____
Diane Polan, Esq.
Law Offices of Diane Polan
129 Church Street, Suite 802
New Haven, CT  06510
Federal Bar No. 00223
Tel. (203) 865-5000

/s/_____
Stephen F. McEleney
McEleney & McGrail
363 Main Street
Hartford, CT  06016
Tel.: (860) 249-1400
Federal Bar No. 04073

## **CERTIFICATION**

       I hereby certify that a copy of the foregoing was mailed to the following on this 16th day of April, 2004:

Stephen F. McEleney  
McEleney & McGrail  
363 Main Street  
Hartford, CT  06106

Diane Polan, Esq.  
Law Offices of Diane Polan  
129 Church Street, Suite 802  
New Haven, CT  06510

 

/s/_____  
Terrence M. O'Neill  
Assistant Attorney General