UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

THOMAS SANDERS                    :        CIVIL NO. 3:00CV740 (CFD)

     vii.                         :

PHILIP LAFLEUR, GERALD HINES,     :
MICHAEL GLOVER AND JOHN           :
ARMSTRONG,                        :        MARCH 25, 2004

### STIPULATION OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1), the parties hereby stipulate to the dismissal of this

action, with prejudice and without an award of costs to either party.

DEFENDANTS:                          PLAINTIFF:
GERALD HINES, MICHAEL                THOMAS SANDERS
GLOVER and THE STATE OF
CONNECTICUT


Terrence M. O'Neill                  Diane Polan, Esq.
Assistant Attorney General           Law Offices of Diane Polan
110 Sherman Street                   129 Church Street, Suite 802
Hartford, CT 06105                   New Haven, CT 06510
Federal Bar #ct 10835                Federal Bar No. 00223
Tel: (860) 808-5450                  Tel. (203) 865-5000

DEFENDANT:
PHILIP LaFLEUR


Stephen F. McEleney
McEleney & McGrail
363 Main Street
Hartford, CT 06106
Tel.: (860) 249-1400
Federal Bar No. 04073

ORDERED & SO ORDERED
KEVIN F. ROWE
Clerk, U.S. District Court
By _____ Deputy Clerk

FILED
2004 MAY 17 A 11: 00
U.S. DISTRICT COURT
HARTFORD, CT.